UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
SDNY PRO SE OFFICE
2022 DEC -6  AM 11:57

Tijuana L. Canders

Write the full name of each plaintiff or petitioner.

Case No. 22 CV 10090

-against-

MSN Online News, Microsoft Corporation
Satya Nadella
Yahoo Online News
Apollo Global Management

Write the full name of each defendant or respondent.

NOTICE OF MOTION

PLEASE TAKE NOTICE that Tijuana L. Canders
                         plaintiff or defendant    name of party who is making the motion

requests that the Court:

Requesting for Judge Laura Taylor Swain to Grant over Records to be sealed.

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐ a memorandum of law

☒ my own declaration, affirmation, or affidavit

☐ the following additional documents:

12/06/2022
Dated

Tijuana L. Canders
Signature

Tijuana L. Canders
Name

Prison Identification # (if incarcerated)

4 E 28TH STREET     New York, New York 10016
Address              City          State       Zip Code

(917) 825-6417       youarelovedinchrist@gmail.com
Telephone Number (if available)   E-mail Address (if available)